UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| LARRY W. ALEXANDER, ET AL | CIVIL ACTION NO. 2:21-CV-03166 |
| VERSUS | JUDGE JAMES D. CAIN, JR. |
| GEOVERA SPECIALTY INS. CO. | MAGISTRATE JUDGE KATHLEEN KAY |

## ORDER

**CONSIDERING** the foregoing Voluntary Motion to Dismiss with Prejudice:

IT IS ORDERED that the Voluntary Motion to Dismiss with Prejudice is GRANTED. This action and all claims asserted herein against defendant, GEOVERA SPECIALTY INSURANCE COMPANY, are hereby dismissed in their entirety, with prejudice, and with each party bearing their own costs.

THUS DONE AND SIGNED in Chambers on this 14th day of November, 2023.

JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE